COUNTY OF SUFFOLK



**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 25 2011 ★ 

LONG ISLAND OFFICE

OFFICE OF THE SHERIFF

VINCENT F. DEMARCO
SHERIFF

Clerk of U.S. District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip N.Y. 11722-9014

January 31, 2011

Re: Mohammed Proctor 10-CV-5981 (SJF) (AKT)

To Whom It May Concern:

Please find enclosed, as per your request, Mohammed Proctor's Inmate Accounts Report showing his credits for the preceding six months after notification. At this time Mr. Proctor's account has an available balance of $0.00. Mr. Proctor's account has a Judgment to garnish his deposits in full. His funds are being removed and periodically sent to New York State Family Court as arrears of child support. (Case numbers BB95102V1 and BA91950W1) His account will be monitored monthly as dictated by 28 U.S.C. Section 1915 (b) the funds will be deducted. As they become available they will be forwarded to you until he has met his obligation or is discharged from custody.

If there is any other information or documentation you require or need please feel free to contact me.

Sincerely

C.O. Sgt. Nicholas De Simone #S158
Administrative Bureau

(631) 852-2200
100 CENTER DRIVE
RIVERHEAD, NEW YORK 11901-3389

```
.DATE: 21 JAN 11  17:04:14     REPORT GENERATION   DESIMNIC
                  S U F F O L K   C O U N T Y   S H E R I F F            179I200
     DATE : 01/21/11                                         TIME : 17:04
              I N M A T E   A C C O U N T S   R E P O R T
              ---------------------------------------------
              PIN NUMBER    > 315244
              INMATE NAME   > PROCTOR,MOHAMMED
              D.O.B.        > 11/17/76
              CLASS         > AMFEL
```

|  DATE  | MONEY TYPE | DB CR | STARTING BALANCE | TRANSACT AMOUNT | ENDING BALANCE | TRANSACTION REASON | EMPLOYEE USERCODE | VERIFY USERCODE |
|--------|------------|-------|------------------|-----------------|----------------|--------------------|--------------------|-----------------|
| 931121 |            | OP    |   0.00 |   0.00 |   0.00 | ENTRY             | SIMCHJOH |          |
| 931121 |            | CR    |   0.00 |  10.00 |  10.00 | VISITING          | DELISKAR |          |
| 931121 |            | CR    |  10.00 |   7.92 |  17.92 | ADMISSIONS        | DELISKAR |          |
| 931124 |            | PU    |  17.92 |   7.20 |  10.72 | COMMISSARY ORDER  | CHEROPET | CHEROPET |
| 931124 |            | CL    |  10.72 |  10.72 |   0.00 | ISSUED MONEY      | BAKERCYN |          |
| 960509 |            | OP    |   0.00 |   0.00 |   0.00 | ENTRY             | HIPPLFRA |          |
| 960514 |            | CL    |   0.00 |   0.00 |   0.00 | DISCHARGE         | RICOJOS  |          |
| 960729 |            | OP    |   0.00 |   0.00 |   0.00 | ENTRY             | FITZPRIC |          |
| 960802 |            | CR    |   0.00 |  12.00 |  12.00 | VISITING          | WHITECYN |          |
| 960806 |            | CR    |  12.00 |  10.00 |  22.00 | RIVH.VISIT        | WHITECYN |          |
| 960809 |            | PU    |  22.00 |  10.95 |  11.05 | COMMISSARY ORDER  | CHEROPET | DICARLOU |
| 960812 |            | CL    |  11.05 |  11.05 |   0.00 | ISSUED MONEY      | MCGREWIL |          |
| 971125 |            | OP    |   0.00 |   0.00 |   0.00 | ENTRY             | RICOJOS  |          |
| 971125 |            | CR    |   0.00 |  11.70 |  11.70 | ADMISSIONS        | SCHROSUS |          |
| 971202 |            | PU    |  11.70 |   9.20 |   2.50 | COMMISSARY ORDER  | CHEROPET | MCKEOLOR |
| 971202 |            | CR    |   2.50 |  20.00 |  22.50 | RVHD VISIT        | SCHROSUS |          |
| 971209 |            | PU    |  22.50 |   4.85 |  17.65 | COMMISSARY ORDER  | CHEROPET | CHEROPET |
| 971216 |            | PU    |  17.65 |   4.80 |  12.85 | COMMISSARY ORDER  | CHEROPET | MCKEOLOR |
| 971216 |            | CR    |  12.85 |  10.00 |  22.85 | RVHD VISIT        | MCCUEBAR |          |
| 971219 |            | PU    |  22.85 |  12.40 |  10.45 | COMMISSARY ORDER  | CHEROPET | CHEROPET |
| 971223 |            | PU    |  10.45 |  10.40 |   0.05 | COMMISSARY ORDER  | DICARLOU | CHEROPET |
| 971231 |            | CR    |   0.05 |   5.00 |   5.05 | RIVH.VISIT        | SCHROSUS |          |
| 980102 |            | PU    |   5.05 |   5.05 |   0.00 | COMMISSARY ORDER  | CHEROPET | CHEROPET |
| 980107 |            | CL    |   0.00 |   0.00 |   0.00 | DISCHARGE         | DOYLEJOS |          |
| 980122 |            | OP    |   0.00 |   0.00 |   0.00 | ENTRY             | SIMCHJOH |          |
| 980127 |            | CL    |   0.00 |   0.00 |   0.00 | DISCHARGE         | BAKERCYN |          |
| 980616 |            | OP    |   0.00 |   0.00 |   0.00 | ENTRY             | HIPPLFRA |          |
| 980717 |            | CR    |   0.00 |  20.00 |  20.00 | YP VISIT          | MCCUEBAR |          |
| 980722 |            | PU    |  20.00 |   8.00 |  12.00 | COMMISSARY ORDER  | CHEROPET | CHEROPET |
| 980805 |            | PU    |  12.00 |   3.95 |   8.05 | COMMISSARY ORDER  | CHEROPET | MCKEOLOR |
| 980806 |            | CL    |   8.05 |   8.05 |   0.00 | ISSUED MONEY      | WHITECYN |          |
| 990805 |            | OP    |   0.00 |   0.00 |   0.00 | ENTRY             | SCHNEKAR |          |
| 990805 |            | CL    |   0.00 |   0.00 |   0.00 | DISCHARGE         | WHITECYN |          |
| 010227 |            | OP    |   0.00 |   0.00 |   0.00 | ENTRY             | SCHNEKAR |          |
| 010227 |            | CR    |   0.00 |   2.00 |   2.00 | RHD ADMIS         | PAYNTDAV |          |
| 010307 |            | PU    |   2.00 |   1.95 |   0.05 | COMMISSARY ORDER  | CHEROPET | CHEROPET |
| 010311 |            | CR    |   0.05 |  20.00 |  20.05 | YAPHANK VISITING  | WILENROB |          |
| 010314 |            | PU    |  20.05 |   1.25 |  18.80 | COMMISSARY ORDER  | CHEROPET | CHEROPET |
| 010314 |            | CR    |  18.80 |  25.00 |  43.80 | YPH.VISIT         | EMERSNEA |          |
| 010316 |            | PU    |  43.80 |   3.30 |  40.50 | COMMISSARY ORDER  | CHEROPET | CHEROPET |
| 010324 |            | CR    |  40.50 |  20.00 |  60.50 | YAPHANK VISITING  | SHERIMAU |          |
| 010328 |            | PU    |  60.50 |  14.50 |  46.00 | COMMISSARY ORDER  | CHEROPET | CHEROPET |
| 010330 |            | PU    |  46.00 |   5.98 |  40.02 | COMMISSARY ORDER  | CHEROPET | CHEROPET |
| 010407 |            | CR    |  40.02 |  30.00 |  70.02 | MAIL              | DOYLEJOS |          |
| 010502 |            | PU    |  70.02 |   0.20 |  69.82 | COMMISSARY ORDER  | CHEROPET | CHEROPET |
| 010503 |            | CL    |  69.82 |  69.82 |   0.00 | ISSUED MONEY      | SCHROSUS |          |
| 021125 |            | OP    |   0.00 |   0.00 |   0.00 | ENTRY             | MCCARMAR |          |

| Date | Type | Amount1 | Amount2 | Balance | Description | Name1 | Name2 |
|---|---|---|---|---|---|---|---|
| 030102 | CL | 0.00 | 0.00 | 0.00 | DISCHARGE | FISHENOR | |
| 040708 | OP | 0.00 | 0.00 | 0.00 | ENTRY | ASPESJOS | |
| 040713 | CR | 0.00 | 10.00 | 10.00 | RHD VISIT | PAYNTDAV | |
| 040720 | CL | 0.00 | 0.00 | 10.00 | DISCHARGE-INACTIVE | MILLEJAM | |
| 040816 | CR | 0.00 | 10.00 | 10.00 | INACTIVE TRANSFER | SIMCHJOH | |
| 040816 | OP | 0.00 | 0.00 | 0.00 | ENTRY | SIMCHJOH | |
| 040819 | CR | 10.00 | 5.00 | 15.00 | RHD VISIT | PAYNTDAV | |
| 040823 | CL | 15.00 | 15.00 | 0.00 | ISSUED MONEY | BUDDMIC | |
| 051024 | OP | 0.00 | 0.00 | 0.00 | ENTRY | OLSENJOA | |
| 051101 | CR | 0.00 | 100.00 | 100.00 | RVHD VISITING | BUDDMIC | |
| 051104 | CL | 100.00 | 100.00 | 0.00 | ISSUED MONEY | HALEROX | |
| 051119 | OP | 0.00 | 0.00 | 0.00 | ENTRY | KELLYCHR | |
| 051121 | CR | 0.00 | 63.00 | 63.00 | ADMISSIONS | BUDDMIC | |
| 051125 | CL | 63.00 | 63.00 | 0.00 | ISSUED MONEY | BAKERCYN | |
| 060214 | OP | 0.00 | 0.00 | 0.00 | ENTRY | SISINSTE | |
| 060217 | CL | 0.00 | 0.00 | 0.00 | DISCHARGE | SIARTIM | |
| 060618 | OP | 0.00 | 0.00 | 0.00 | ENTRY | OSTIEPET | |
| 060620 | CR | 0.00 | 25.00 | 25.00 | RVHD VISITING | BUDDMIC | |
| 060624 | CR | 25.00 | 10.00 | 35.00 | RIVERHEAD VISITING | FOLEYPAT | |
| 060627 | PU | 35.00 | 25.00 | 10.00 | COMMISSARY ORDER | DICARLOU | DICARLOU |
| 060701 | CR | 10.00 | 10.00 | 20.00 | VISIT | DOYLEJOS | |
| 060704 | PU | 20.00 | 20.00 | 0.00 | COMMISSARY ORDER | DRESPPAU | DRESPPAU |
| 060715 | CR | 0.00 | 10.00 | 10.00 | VISIT | DOYLEJOS | |
| 060718 | PU | 10.00 | 10.00 | 0.00 | COMMISSARY ORDER | DICARLOU | DICARLOU |
| 060722 | CR | 0.00 | 12.00 | 12.00 | VISIT | LEWANJOS | |
| 060725 | PU | 12.00 | 9.40 | 2.60 | COMMISSARY ORDER | DRESPPAU | DICARLOU |
| 060804 | PU | 2.60 | 2.40 | 0.20 | COMMISSARY ORDER | KAHLCON | DICARLOU |
| 060805 | CR | 0.20 | 10.00 | 10.20 | RIVERHEAD VISITING | BAKERCYN | |
| 060811 | PU | 10.20 | 10.20 | 0.00 | COMMISSARY ORDER | KAHLCON | DICARLOU |
| 060819 | CR | 0.00 | 15.00 | 15.00 | RIVERHEAD VISITING | BAKERCYN | |
| 060822 | PU | 15.00 | 15.00 | 0.00 | COMMISSARY ORDER | KAHLCON | DRESPPAU |
| 060828 | CR | 0.00 | 10.00 | 10.00 | RHD ADMIS | PAYNTDAV | |
| 060901 | PU | 10.00 | 10.00 | 0.00 | COMMISSARY ORDER | DRESPPAU | DICARLOU |
| 060902 | CR | 0.00 | 10.00 | 10.00 | VISIT | LEWANJOS | |
| 060905 | PU | 10.00 | 10.00 | 0.00 | COMMISSARY ORDER | DICARLOU | DICARLOU |
| 060913 | CR | 0.00 | 10.00 | 10.00 | RVHD VISITING | BUDDMIC | |
| 060916 | CR | 10.00 | 10.00 | 20.00 | RVHD-VISIT | MILLEJAM | |
| 060919 | PU | 20.00 | 9.90 | 10.10 | COMMISSARY ORDER | ROCHEJOH | DRESPPAU |
| 060926 | PU | 10.10 | 6.95 | 3.15 | COMMISSARY ORDER | DICARLOU | DRESPPAU |
| 060929 | PU | 3.15 | 3.00 | 0.15 | COMMISSARY ORDER | DRESPPAU | DICARLOU |
| 061031 | CR | 0.15 | 14.00 | 14.15 | RHD VISIT | PAYNTDAV | |
| 061103 | PU | 14.15 | 11.20 | 2.95 | COMMISSARY ORDER | ROCHEJOH | DICARLOU |
| 061104 | CR | 2.95 | 6.00 | 8.95 | RIVERHEAD VISITING | BAKERCYN | |
| 061107 | PU | 8.95 | 8.80 | 0.15 | COMMISSARY ORDER | ROCHEJOH | DICARLOU |
| 061117 | HO | 0.15 | 0.15 | 0.00 | D/S 5 | BUDDMIC | |
| 061125 | CR | 0.00 | 10.00 | 10.00 | RIVERHEAD VISITING | WALKELES | |
| 061129 | RE | 10.00 | 0.15 | 10.15 | REL | BUDDMIC | |
| 061129 | DB | 10.15 | 5.00 | 5.15 | PD D/S 6D1054 | BUDDMIC | |
| 061205 | PU | 5.15 | 4.80 | 0.35 | COMMISSARY ORDER | ROCHEJOH | DICARLOU |
| 061212 | CR | 0.35 | 10.00 | 10.35 | RHD VISIT | PAYNTDAV | |
| 061215 | PU | 10.35 | 9.60 | 0.75 | COMMISSARY ORDER | DRESPPAU | DICARLOU |
| 061221 | CR | 0.75 | 15.00 | 15.75 | RVHD VISITING | BUDDMIC | |
| 061226 | PU | 15.75 | 14.95 | 0.80 | COMMISSARY ORDER | ROCHEJOH | DICARLOU |
| 070105 | CR | 0.80 | 650.00 | 650.80 | RHD MAIL | PAYNTDAV | |
| 070109 | PU | 650.80 | 14.13 | 636.67 | COMMISSARY ORDER | DRESPPAU | DICARLOU |
| 070112 | PU | 636.67 | 11.80 | 624.87 | COMMISSARY ORDER | DRESPPAU | DICARLOU |
| 070116 | PU | 624.87 | 11.30 | 613.57 | COMMISSARY ORDER | ROCHEJOH | DICARLOU |
| 070122 | HO | 613.57 | 613.57 | 0.00 | CHILD SUPPORT | FRANCMIC | |
| 070302 | RE | 0.00 | 613.56 | 613.56 | RELEASE HOLD | WELHOMIC | |
| 070302 | DB | 613.56 | 613.56 | 0.00 | NYS CHILD SUPPORT | WELHOMIC | |

```
070404      CR       0.00     20.00     20.00 RHD VISIT            PAYNTDAV
070405      HO      20.00     20.00      0.00 NYS CHILD SUPPORT    PAYNTDAV
070618      CL       0.00      0.00      0.00 DISCHARGE            HORLDEN
080130      OP       0.00      0.00      0.00 ENTRY                HUSSEJOH
080130      CR       0.00      5.00      5.00 ADMISSIONS           BUDDMIC
080130      HO       5.00      5.00      0.00 CHILD SUPPORT        BUDDMIC
080204      CL       0.00      0.00      0.00 DISCHARGE            OHLSEGAR
080724      OP       0.00      0.00      0.00 ENTRY                TLOCKJOH
080725      CR       0.00     55.00     55.00 ADMISSIONS           BUDDMIC
080725      HO      55.00     55.00      0.00 NYS CHILD SUPPORT    PAYNTDAV
090317      CL       0.00      0.00      0.00 DISCHARGE            ASPESJOS
091106      OP       0.00      0.00      0.00 ENTRY                FIUMEPAU
091112      CL       0.00      0.00      0.00 DISCHARGE            TLOCKJOH
100422      OP       0.00      0.00      0.00 ENTRY                GOULEWIL
100513      CR       0.00     20.00     20.00 RHD VISIT            PAYNTDAV
100517      HO      20.00     20.00      0.00 CHILD SUPPORT        BUDDMIC
100519      CR       0.00    125.00    125.00 MAIL                 BUDDMIC
100601      HO     125.00    125.00      0.00 CHILD SUPPORT        BUDDMIC
100708      RE       0.00    225.01    225.01 REL                  PAYNTDAV
100708      DB     225.01    225.01      0.00 NYS CHILD SUPPORT    PAYNTDAV
100708      HO       0.00      0.00      0.00 CHILD SUPPORT        PAYNTDAV
101002      CR       0.00     20.00     20.00 RVHD VISIT           GERMAJAN
101005      HO      20.00     20.00      0.00 CHILD SUPPORT        BUDDMIC
                       ..... END REPORT .....
```

FIRST CLASS MAIL
$05.54
ZIP 11768
011D12601731

01/24/2011
US POSTAGE

CERTIFIED MAIL

7007 0710 0005 6799 5438

CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
100 FEDERAL PLAZA
PO BOX 9014
CENTRAL ISLIP, N.Y. 11722-9014

SUFFOLK COUNTY SHERIFF'S OFFICE
100 CENTER DRIVE
RIVERHEAD, N.Y. 11901-3390

i1172239014 B050
Proctor 10-CV-5981

RE: inforema Pauperis