FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 24 2011 ★

LONG ISLAND OFFICE

CV-10-5981 (SJF)(AKT)
(AMENDED COMPLAINT)
ADDING NEW DEFENDANT

Hello, Court Clerk

I Mohammed Proctor the Plaintiff in the above civil docket number. Is writeing to get a better understanding on the summons and serveing of the summons on the defendants. I have yet to receive any returned summons stateing the defendants have been served. Im very confused...

I have an AMENDED COMPLAINT I would like to file that I am sending in. I hope that I am understanding correctly that the clerk issues the summons and sends me a copy. I am disabled and have a learning disability that limits my understandings of reading and comprehending. If you can get the judge to appoint counsel for me it would be a good thing. I don't want to inconvience anyone with more work if preventable. I have not recieved anything stateing the defendants have been served [the summons]. **I HAVE ADDED NEW DEFENDANT ANDREW HEFFERMAN. + 6TH AMENDMENT violation**

1. Who issues the summons?
2. Does each defendant get a copy of complaint?
3. Will I be aware that the defendants have been served?
4. How if so?
5. Can I amend before the summons is served?

