AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK       )
                        : ss :
COUNTY OF SUFFOLK       )

ELIZABETH O'ROURKE, being duly sworn, deposes and says; I am not a party to this action, am over 18 years of age and reside in Holbrook, New York.

      That on March 8, 2011, I served the within SCHEDULING ORDER DATED MARCH 1, 2011 upon:

      Mohammed Proctor
      # 315244
      Suffolk County Correctional Facility
      110 Center Drive
      Riverhead, New York 11901

by depositing a true copy of same securely enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, by regular mail.

      _____/S/_____
      ELIZABETH O'ROURKE

Sworn to before me this
8th day of March, 2011.

_____/S/_____
    Notary Public