November 2, 2011

Hon. Sandra J. Feuerstein, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:  Mohammed Proctor v. Cagno, et al.
     Docket No. CV10-5981 (SJF) (AKT)

Dear Judge Feuerstein:

Confirming counsels' telephone discussion with Bryan Morabito of November 1, 2011, Your Honor's Courtroom Deputy, the conference scheduled for November 2, 2011 is rescheduled for November 16, 2011 11 a.m. to be conducted by telephone.

Downstate Correctional Facility is directed to make the plaintiff available for said conference by telephone.

Very truly yours,

Christine Malafi
Suffolk County Attorney

_____
Arlene S. Zwilling
Assistant County Attorney

ASZ:snl
cc:  Mohammed Proctor
     Jeltje DeJong

**Order**
The application is:
__√__ granted
_____ denied
_____ referred to Magistrate Judge _____ for
        _____ decision
        _____ report and recommendation

11/4/2011