# DEVITT SPELLMAN BARRETT, LLP
ATTORNEYS AND COUNSELLORS AT LAW
50 Route 111
Smithtown, New York 11787
Phone: (631) 724-8833
Fax: (631) 724-8010
Email: info@devittspellmanlaw.com

| | |
|---|---|
| THOMAS J. SPELLMAN, JR. | ANDRE N. POULIS |
| WILLIAM J. BARRETT | KENNETH M. SEIDELL |
| KEVIN M. SPELLMAN | JOHN M. SHIELDS |
| JELTJE de JONG | |
| DIANE K. FARRELL | STEPHAN D. TRACE |
| FRANCIS J. TIERNEY | KELLY E. WRIGHT |
| DAVID S. PALLAI | NICHOLAS M. BRINO |
| JOHN M. DENBY | CHARLES W. BORGHARDT |
| DAVID H. ARNTSEN | JOSHUA S. SHTEIERMAN |
| _Retired_ | _Of Counsel_ |
| JOSEPH P. DEVITT | THOMAS SICA |
| | STEFANIE AFFRONTI |
| | DEBORAH C. ZACHARY |

June 6, 2012

The Honorable Sandra Feuerstein, U.S.D.C.J.
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   Proctor v. Cagno, et. al., Docket No: 10 CV 5981

Dear Judge Feuerstein:

This letter is written in response to this Court's order scheduling a telephone status conference for June 13, 2012 at 10:30 am. By this order Your Honor directed this office to make appropriate arrangements with plaintiff's facility. This firm represents the Southampton Town defendants.

Plaintiff has apparently been released from custody and is currently residing somewhere in Suffolk County. He left me a voice mail message with a telephone number which I have tried to call several times. I will write a letter to him at the address contained within the police department records advising him of the conference and requesting his contact information. I will also continue to try to reach him via the phone number which he left me. I will make diligent efforts to locate him and make him aware of the scheduled conference. There is nothing else that can be done, since to my knowledge, he has not informed the court of his change of address.

Respectfully submitted,

DEVITT SPELLMAN BARRETT, LLP
/S/
Jeltje deJong

2

The Honorable Sandra Feuerstein, U.S.D.C.J.    June 6, 2012
United States District Court, Eastern District of New York

Re: <u>Proctor v. Cagno, et. al.</u>
    Docket No: 10 CV 5981


Cc: Arlene Zwilling, Esq.
    Suffolk County Attorney's Office
    H. Lee Dennison Building
    100 Veterans Memorial Highway, Box 6100
    Hauppauge, New York 11788-0099

    Mohammed Proctor, plaintiff pro se
    606 Riverleigh Avenue
    Riverside, New York  11901