# DEVITT SPELLMAN BARRETT, LLP
ATTORNEYS AND COUNSELLORS AT LAW
50 Route 111
Smithtown, New York 11787
Phone: (631) 724-8833
Fax: (631) 724-8010
Email: info@devittspellmanlaw.com

| | |
|---|---|
| THOMAS J. SPELLMAN, JR. | ANDRE N. POULIS |
| WILLIAM J. BARRETT | KENNETH M. SEIDELL |
| KEVIN M. SPELLMAN | JOHN M. SHIELDS |
| JELTJE de JONG | |
| FRANCIS J. TIERNEY | STEPHAN D. TRACE |
| DAVID S. PALLAI | KELLY E. WRIGHT |
| JOHN M. DENBY | NICHOLAS M. BRINO |
| DAVID H. ARNTSEN | CHARLES W. BORGHARDT |
| | JOSHUA S. SHTEIERMAN |
| Retired | Of Counsel |
| JOSEPH P. DEVITT | THOMAS SICA |
| | STEFANIE AFFRONTI |
| | DEBORAH C. ZACHARY |

September 6, 2012

Magistrate Judge A. Kathleen Tomlinson
United States District Court
Federal Plaza
P. O. Box 9014
Central Islip, N.Y. 11722

   Re: Proctor v. Cagno, et al
     Docket No: 10 CV 5981
     Our File: SO6154W9

Dear Magistrate Judge Tomlinson:

This firm represents the Southampton defendants in connection with the above matter. We write to request leave to file an Amended Answer to plaintiff's Second Amended Complaint. The reason for the desired amendment is to include a jury demand. We have already spoken with plaintiff's counsel, Steven Krawitz, who has indicated that he consents to the proposed amendment.

As such, we respectfully request that the Court grant the relief requested herein. Thank you for your courtesies.

         Respectfully submitted,

         DEVITT SPELLMAN BARRETT, LLP

         /s/

         Kelly E. Wright

cc: Stephen R. Krawitz, Esq.
   VIA ECF ONLY

*Motion GRANTED based on representation that Plaintiff consents.*

**SO ORDERED**

A. Kathleen Tomlinson
United States Magistrate Judge
Date: Sept. 7, 2012
Central Islip, N.Y.