# CIVIL CAUSE FOR PRETRIAL CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**DATE:** September 12, 2012          **TIME:** 30 minutes

**CASE NUMBER:**   2:10-cv-05981-SJF-AKT

**CASE TITLE:**   Proctor v. Cagno et al

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y
★   SEP 12 2012   ★
LONG ISLAND OFFICE

**PLTFFS ATTY:**   Steven Flowers
   X present      ___ not present

   ___ present      ___ not present

   ___ present      ___ not present

**DEFTS ATTY:**   Jeltje Dejong
   X present      ___ not present

   ___ present      ___ not present

**COURT REPORTER:**      **COURTROOM DEPUTY:** BRYAN MORABITO

**OTHER:** _____

X   CASE CALLED.

_   ARGUMENT HEARD / CONT'D TO _____.

_   DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER:** A further pretrial telephone conference is scheduled before the undersigned on 1/15/2013 at 11:15 am.