# STEPHEN R. KRAWITZ, LLC

Attorneys at Law
271 Madison Avenue
Suite 200
New York, NY 10016

———

| | | |
|---|---|---|
| Stephen R. Krawitz, Esq.‡ | (212) 682-0707 | Connecticut Office |
| | (203) 259-7800 | Daniel Court |
| *Of Counsel* | Facsimile | Westport, CT 06880 |
| Elise R. Greenspan, Esq. | (212) 682-8821 | |
| David J. Zendell, Esq.* | website: newyorktrialattorney.com | New Jersey Office |
| Steven C. Greenspan, Esq.† | email: skrawitz@aol.com | 651 Undercliff Avenue |
| Frank P. Mangiatordi, Esq. | | Edgewater, NJ 07020 |
| Lisa P. Salzberg, Esq.* | | |

*Admitted in NY and NJ
‡Pending Admission in CT
†Admitted in NY, NJ, CT & FL

November 8, 2012

Magistrate Judge A. Kathleen Tomlinson
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

BY ECF

           RE: Proctor v. Town of Southampton, et al
              Docket no.: 10-CV-5981 (SJF)(AKT)

Honorable Magistrate Tomlinson:

I represent the plaintiff in the above matter. A status conference is presently scheduled before the Court on November 15, 2012 at 10:30 am. Unbeknownst to me when this date was arranged with Chambers and defendants' counsel, I am scheduled for a continued bench trial before Hon. John Barrone, Supreme Court, Bronx County in the matter *Jiminez v. Haros* on that date and time.

When I learned of this conflict I immediately contacted Chambers and was advised to get an alternate date from defendants' counsel and submit this letter request. Defendants' counsel and I have conferred and would respectfully request that the conference be adjourned to December 7, 2012 at 10:30 am at the Courthouse.

Thank you for your attention and consideration in this matter.

              Respectfully submitted,

              STEPHEN R. KRAWITZ, LLC

              *Stephen R. Krawitz*

              Stephen R. Krawitz, Esq.

SRK/r
 cc.: Jeltje DeJong, Esq.
     By Email
Proctor ltr to Mag. Tomlinson re conf.#152