# CIVIL CAUSE FOR PRETRIAL TELEPHONE CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**DATE**: January 24, 2013                **TIME**: 30 minutes

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★   JAN 24 2013   ★

LONG _____ OFFICE

**CASE NUMBER**:   2:10-cv-05981-SJF-AKT

**CASE TITLE**:   Proctor v. Cagno et al

**PLTFFS ATTY**:   Steven Krawitz
    X present    ___ not present

    ___ present    ___ not present

    ___ present    ___ not present

**DEFTS ATTY**:   Jeltje Dejong
    X present    ___ not present

    ___ present    ___ not present

**COURT REPORTER**:        **COURTROOM DEPUTY**: BRYAN MORABITO

**OTHER**: _____

X   CASE CALLED.

_   ARGUMENT HEARD / CONT'D TO _____.

_   DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER**: Jury Selection and Bifurcated Trial is scheduled before Judge Feuerstein on 3/11/13 at 10:00 am.