# STEPHEN R. KRAWITZ, LLC

Attorneys at Law
271 Madison Avenue
Suite 200
New York, NY 10016

_____

| | | |
|---|---|---|
| Stephen R. Krawitz, Esq.‡ | (212) 682-0707 | Connecticut Office |
| | (203) 259-7800 | Daniel Court |
| Of Counsel | Facsimile | Westport, CT 06880 |
| Elise R. Greenspan, Esq. | (212) 682-8821 | |
| David J. Zendell, Esq.* | website: newyorktrialattorney.com | New Jersey Office |
| Steven C. Greenspan, Esq.† | email: skrawitz@aol.com | 651 Undercliff Avenue |
| Frank P. Mangiatordi, Esq. | | Edgewater, NJ 07020 |
| Lisa P. Salzberg, Esq.* | | |

*Admitted in NY and NJ
‡Pending Admission in CT
†Admitted in NY, NJ, CT & FL

February 26, 2013

Hon. Sandra J. Feuerstein
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

BY ECF

RE:    Proctor v. Cagno, et al
       Docket no.: 10 CV 5981

Honorable Judge Feuerstein:

I represent the plaintiff Mohammed Proctor in the above action.  A trial is presently scheduled before the Court on March 11, 2013.  I called Chambers this afternoon to advise the Court that I received a further diagnosis of melanoma today by telephone from my doctor, which requires immediate surgery and aftercare.  I am having surgery on February 27, 2013 and another in several days.  I was advised to write this letter to the Court to respectfully request an adjournment of the trial based on my medical condition.  I cannot properly prepare for trial and proceed on March 11, 2013 under the circumstances.  I called the Court immediately so as not to unduly disrupt the Court's schedule.

I also contacted Jeltje deJong, Esq., the defendants counsel, who has graciously consented to my request for this relief.  Ms. DeJong has trial scheduled for April 15, 2013 so she would request that the adjournment not be scheduled for that week.

I would appreciate it if the Court take the above matter into consideration and adjourn the trial presently scheduled for March 11, 2013.  Thank you for your kind attention to this application.

Respectfully submitted,

STEPHEN R. KRAWITZ, LLC

*Stephen R. Krawitz*

Stephen R. Krawitz, Esq.

SRK/r
cc:    Jeltje de Jong, Esq by email
Proctor ltr to J. Feuerstein requesting adjmnt#153