# STEPHEN R. KRAWITZ, LLC
### Attorneys at Law
271 Madison Avenue
Suite 200
New York, NY 10016

**FILED**
**IN CLERK'S OFFICE**
**US DISTRICT COURT E D N Y**

★ MAR 04 2013 ★

**LONG ISLAND OFFICE**

Stephen R. Krawitz, Esq.‡

Of Counsel
Elise R. Greenspan, Esq.
David J. Zendell, Esq.*
Steven C. Greenspan, Esq.†
Frank P. Mangiatordi, Esq.
Lisa P. Salzberg, Esq.*
*Admitted in NY and NJ
‡Pending Admission in CT
†Admitted in NY, NJ, CT & FL

(212) 682-0707
(203) 259-7800
Facsimile
(212) 682-8821
website: newyorktrialattorney.com
email: skrawitz@aol.com

Connecticut Office
Daniel Court
Westport, CT 06880

New Jersey Office
651 Undercliff Avenue
Edgewater, NJ 07020

Hon. Sandra J. Feuerstein
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

BY ECF

February 26, 2013

**Order**
The application is: Jury Selection &
✓ granted  Trial is adjourned to April 29, 2013
___ denied   at 10:00AM.
___ referred to Magistrate Judge _____ for
    ___ decision
    ___ report and recommendation

RE: Proctor v. Cagno, et al
Docket no.: 10 CV 5981

s/ Sandra J. Feuerstein
3/4/13

Honorable Judge Feuerstein:

I represent the plaintiff Mohammed Proctor in the above action. A trial is presently scheduled before the Court on March 11, 2013. I called Chambers this afternoon to advise the Court that I received a further diagnosis of melanoma today by telephone from my doctor, which requires immediate surgery and aftercare. I am having surgery on February 27, 2013 and another in several days. I was advised to write this letter to the Court to respectfully request an adjournment of the trial based on my medical condition. I cannot properly prepare for trial and proceed on March 11, 2013 under the circumstances. I called the Court immediately so as not to unduly disrupt the Court's schedule.

I also contacted Jeltje deJong, Esq., the defendants counsel, who has graciously consented to my request for this relief. Ms. DeJong has trial scheduled for April 15, 2013 so she would request that the adjournment not be scheduled for that week.

I would appreciate it if the Court take the above matter into consideration and adjourn the trial presently scheduled for March 11, 2013. Thank you for your kind attention to this application.

Respectfully submitted,

STEPHEN R. KRAWITZ, LLC

*Stephen R. Krawitz*

Stephen R. Krawitz, Esq.

SRK/r
cc: Jeltje de Jong, Esq by email
Proctor ltr to J. Feuerstein requesting adjmnt#153